MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNELLE HERNANDEZ, an individual; JOSE HERNANDEZ, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>AFNI, INC., a foreign corporation; ASSET MANAGEMENT PROFESSIONALS, LLC, a foreign limited liability company; ASSET RECOVERY SOLUTIONS, LLC, a foreign limited liability company; PORTFOLIO RECOVERY ASSOCIATES, LLC, a foreign limited liability company; NAVIENT SOLUTIONS, INC., a foreign corporation, Successor in Interest to SALLIE MAE, INC., a foreign corporation; WORLDWIDE ASSET RECOVERIES, LLC, a domestic limited liability company;<br><br>Defendants. | Case No.:  2:15-cv-00078-LDG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS AFNI, INC., ASSET MANAGEMENT PROFESSIONALS, LLC, AND ASSET RECOVERY SOLUTIONS, LLC** |

**WHEREAS** Plaintiffs, Lynelle Hernandez and Jose Hernandez and Defendants, AFNI, Inc., Asset Management Professionals, LLC, and Asset Recovery Solutions, LLC (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences in the above-captioned matter;

/ / /

/ / /

/ / /

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 13th day of May, 2015. | Dated this 13th day of May, 2015. |
|---|---|
| **BLACK & LOBELLO** | **LINCOLN, GUSTAFSON & CERCOS, LP** |
| /s/ Kevin L. Hernandez . <br> Maximiliano D. Couvillier III, Esq. <br> Nevada Bar No. 7661 <br> Kevin L. Hernandez, Esq. <br> Nevada Bar No. 12594 <br> 10777 W. Twain Ave., 3rd Floor <br> Las Vegas, NV 89135 <br> *Attorneys for Plaintiffs* | /s/ Shannon G. Splaine . <br> Shannon G. Splaine, Esq. <br> 3960 Howard Hughes Pkwy, Suite 200 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendants, AFNI, Inc., Asset Management Professionals, LLC, and Asset Recovery Solutions, LLC* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), Defendants, AFNI, Inc., Asset Management Professionals, LLC, and Asset Recovery Solutions, LLC shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE
DATED: _____15_____ May  2015_____